

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal Information |
| *v.* | No. 1:25-CR-0169 |
| ERVIN LEE BOLLING | |

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about April 1, 2024, in the Northern District of Georgia, the defendant, Ervin Lee Bolling, did willfully injure and commit a depredation against property of the United States, and a department and agency thereof, that is, the entry barrier and gate to a building leased and occupied by the Federal Bureau of Investigation, located at 3000 Flowers Road South, Chamblee, Georgia, which resulted in damage exceeding the sum of $1,000, in violation of Title 18, United States Code, Section 1361.

RICHARD S. MOULTRIE, JR.
*Acting United States Attorney*

*Katherine I. Terry*
KATHERINE I. TERRY
*Assistant United States Attorney*
Georgia Bar No. 229887

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181