FILED IN OPEN COURT
U.S.D.C. - Atlanta

APR 2 1 2025

Kevin P. Weimer, Clerk
By: 
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ERVIN LEE BOLLING | **WAIVER OF INDICTMENT**<br><br>Criminal Action No.<br><br>1:25-CR-0169 |

I, Ervin Lee Bolling, the above named defendant, who is accused of depredation of government property, in violation of Title 18, United States Code, Section 1361, being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on April 21, 2025, prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Ervin Lee Bolling
Defendant

_____
Takiya Wheeler
Counsel for Defendant

Before _____
Judicial Officer